UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| RHONDA FERGUSON, | ) |
| Plaintiff, | ) CASE NO.: 3:13-CV-00262-RCJ-VPC |
| v. | ) O R D E R |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) |
| Defendants. | ) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #19) entered on February 28, 2014, in which the Magistrate Judge recommends that the Court deny Plaintiff's Motion for Remand (#10). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #19).

IT IS HEREBY ORDERED that Plaintiff's Motion for Remand/Reversal (ECF #10) is DENIED and Defendant's Cross-Motion for Summary Judgment (ECF #14) is GRANTED. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED this 3rd day of April, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE